# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0290. ANDREW PAUL BEALL v. MEGAN ALISHA BEALL.**

Megan Alisha Beall filed for divorce from Andrew Paul Beall, and the trial court entered both a final judgment and decree of divorce and a separate parenting plan. The parenting plan awarded sole legal and physical custody of the child to Megan, and awarded Andrew no visitation. Andrew then moved for a new trial on the issue of child custody. Following a hearing, the trial court denied the new trial motion. Andrew thereafter filed this timely application for a discretionary appeal.

Ordinarily, appeals of orders in domestic relations cases must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2). However, under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases including, but not limited to, awarding, refusing to change, or modifying child custody" are directly appealable. See OCGA § 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is in issue. The term includes a proceeding for divorce[.]"). Because Andrew is challenging only the custody order and parenting plan, this case is subject to direct appeal. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017) (explaining that appellate courts look to the issue raised on appeal to determine whether a party is entitled to a direct appeal).

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Andrew's application is GRANTED. He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this

order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __04/24/2023__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*